IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT DALE PUCKETT,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>D.L. EVANS BANK CO.,  )<br>and JOHN EVANS, JR., President,  )<br>  )<br>  Defendants.  )<br>_____) | Case No. CV-05-409-E-BLW<br><br>**MEMORANDUM DECISION<br>AND ORDER** |

## INTRODUCTION

The Court has before it Plaintiff's Motion for Reconsideration of Judgment (Docket No. 24), Plaintiff's Motion for Meeting (Docket No. 25), Plaintiff's Motion for Leave to file Amended Complaint (Docket No. 28) and Plaintiff's Motion for Judgment on the Pleadings (Docket No. 29). The Court has determined that oral argument will not assist the Court with its decision on these motions. Accordingly, the Court will decide the motions based on the briefs.

## ANALYSIS

As stated in the Court's May 16, 2006 Memorandum Decision and Order, on December 2, 2005, the Court granted Defendant's Motion to Dismiss (Docket No. 4), but gave Plaintiff 30 days from the date of this Order to file an amended

**Memorandum Decision and Order - 1**

complaint. The Court had determined that there is no basis for diversity jurisdiction in this matter, and that Plaintiff's assertion of federal question jurisdiction based upon Idaho Code, the Fourteenth Amendment, and 28 U.S.C. § 1343 are invalid. The Court informed Plaintiff that if he chose to file an amended complaint, he must assert proper diversity or federal question jurisdiction in line with the reasoning set forth in the Court's December 2 Order, or the Court would enter final judgment in this matter.

Plaintiff filed an Amended Complaint, asserting Federal Rule of Civil Procedure 9(b) as his basis for jurisdiction. The Court determined that Rule 9(b) does not confer jurisdiction on this Court, and determined that Plaintiff had failed to assert proper diversity or federal question jurisdiction. The Court therefore entered final judgment in favor of Defendant in this matter.

Plaintiff's recent filings also fail to assert a proper basis for jurisdiction. Accordingly, the Court will deny the motions.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration of Judgment (Docket No. 24) shall be, and the same is hereby, DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Meeting (Docket

**Memorandum Decision and Order - 2**

No. 25) shall be, and the same is hereby, DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to File Amended Complaint (Docket No. 28) shall be, and the same is hereby, DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Judgment on the Pleadings (Docket No. 29) shall be, and the same is hereby, DENIED.

IT IS FURTHER ORDERED that this case is DISMISSED in its entirety as stated in the Court's earlier Judgment (Docket No. 23).

IT IS FURTHER ORDERED that no additional pleadings or any further motions may be filed in this case.

DATED: **December 8, 2006**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Memorandum Decision and Order - 3**